

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2014

No. 04-14-00480-CV

**STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF J.B.,** As a
Mentally Ill Person,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2014-MH-2140
Honorable Oscar J. Kazen, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED.  Time is extended to September 24, 2014.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:      Michael Stephen Raign           Susan D. Reed
          Attorney At Law                District Attorney, Bexar County
          115 E. Travis, Suite 333         Paul Elizondo Tower 1
          San Antonio, TX 78205          101 W. Nueva suite 370
                                         San Antonio, TX 78205